**STATE v. RASHIDI**

[360 N.C. 166 (2005)]

STATE OF NORTH CAROLINA v. MASOUD RASHIDI

No. 510A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 617 S.E.2d 68 (2005), finding no prejudicial error in judgments entered 15 August 2003 by Judge Yvonne Mims Evans in Superior Court, Mecklenburg County. Heard in the Supreme Court 13 December 2005.

*Roy Cooper, Attorney General, by Alexandra M. Hightower, Assistant Attorney General, for the State.*

*Staples S. Hughes, Appellate Defender, by Barbara S. Blackman, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.